IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>HECTOR DIAZ PEREZ,<br><br>            Defendant. | **4:20CR3066**<br><br>**ORDER** |

    Defendant has moved to continue the suppression hearing, (Filing Nos. 76 and 77), because defense counsel is not available during the current hearing setting. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)    Defendant's motions to continue, (Filing Nos. 76 and 77), are granted.

2)    The suppression hearing is set to commence before the Honorable Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 1:30 p.m. on September 28, 2021.

August 18, 2021.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge